IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
v.                                  )        Case No. 19-00031-05-CR-W-BCW
                                    )
ADRIAN DAVID SEGURA,                )
                                    )
                Defendant.          )

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Adrian David Segura appeared before me pursuant to Fed.R.Crim.P. 11, Local

Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P.

11(c)(1)(B) to the lesser included charge contained within Count One of the Superseding

Indictment now charging the defendant with a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and

846, that is, conspiracy to distribute methamphetamine, and to Count Two of the Superseding

Indictment charging the defendant with a violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), (B)(i), (ii)

and (h) that is, conspiracy to commit money laundering.  Defendant Segura also admitted the

allegations of forfeiture, which include a money judgment to be entered against the defendant, as

contained in the Superseding Indictment.  I determined that the guilty plea is knowledgeable and

voluntary and that the offenses charged are supported by an independent basis in fact containing

each of the essential elements of such offenses.  A record was made of the proceedings and a

transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Adrian David Segura's plea of guilty be accepted and that defendant Segura be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.   28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge