IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-CR-00031-5-BCW |
| ) | |
| ADRIAN DAVID SEGURA, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Counts, to which there has been no timely objection, the plea of guilty of the Defendant Adrian David Segura to Counts One and Two of the Superseding Indictment and to the admittance to the allegations of forfeiture is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense. Sentencing will be set by subsequent Order of the Court.

IT IS SO ORDERED.

Date: September 15, 2021        /s/ Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT